IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jonita Quayshawn McClary,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services,<br><br>Defendant. | C/A No.: 3:26-cv-2815-SAL<br><br>**ORDER** |

Plaintiff Jonita Quayshawn McClary filed this civil action against Defendant Equifax Information Services. *See* ECF No. 1. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Molly H. Cherry, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 10.] The Report recommends this case be dismissed without prejudice under Rule 41(b) for failure to bring the case into proper form. *Id.* at 1–2. Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so. *Id.* at 3. Plaintiff has not filed objections, nor has she filed any of the documents required to bring the case into proper form, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the

Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

Finding no clear error in the Report, ECF No. 10, it is adopted and incorporated. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, without further leave to amend, and without issuance and service of process under Rule 41(b).

**IT IS SO ORDERED.**

September 28, 2026
Columbia, South Carolina

Sherri A. Lydon
Sherri A. Lydon
United States District Judge